UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BEAN DREDGING, LLC, as successor )
to BEAN DREDGING CORP., et al. )
                                               )
     Plaintiffs, )
                                               )
v. )    Civil Action No. _____
                                               )
UNITED STATES OF AMERICA, )
                                               )
     Defendant. )
                                               )

## PLAINTIFF BEAN DREDGING, LLC'S
## LOCAL RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned counsel of record for Plaintiff Bean Dredging, LLC, successor to Bean Dredging Corp., certify that to the best of my knowledge and belief that Bean Dredging, LLC is not publicly traded and does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of the court may determine the need for recusal.

                                                        Respectfully submitted,

                                                        */s/ Judith F. Bonilla*
                                                        Judith F. Bonilla (DC Bar No. 473190)
                                                        Holland & Knight LLP
                                                        2099 Pennsylvania Avenue, N.W.
                                                        Suite 100
                                                        Washington, DC 20006
                                                        (202) 955-3000  Phone
                                                        (202) 955-5564  Fax
                                                        judith.bonilla@hklaw.com

                                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Local Rule 7.1 Disclosure Statement will be served on the defendant with a copy of the Complaint.

*Judith F. Bonilla*
Judith F. Bonilla

# 5560252_v1