UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN DREDGING, LLC, as successor to BEAN DREDGING CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF NAVIGATORS INSURANCE SERVICES OF TEXAS, INC.'S LOCAL RULE 7.1 DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Plaintiff Navigators Insurance Services of Texas, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Navigators Insurance Services of Texas, Inc. which have any outstanding securities in the hands of the public:

- Navigators, Inc.

These representations are made in order that the judges of the court may determine the need for recusal.

Respectfully submitted,

*Judith F. Bonilla*
Judith F. Bonilla (DC Bar No. 473190)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
(202) 955-3000  Phone
(202) 955-5564  Fax
judith.bonilla@hklaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Local Rule 7.1 Disclosure Statement will be served on the defendant with a copy of the Complaint.

_____
Judith F. Bonilla

# 5560190_v1