UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEAN DREDGING, LLC, as successor to BEAN DREDGING CORP., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. _____ |

### PLAINTIFF WATER QUALITY INSURANCE SYNDICATE'S LOCAL RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned counsel of record for Plaintiff Water Quality Insurance Syndicate ("WQIS"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of WQIS which have any outstanding securities in the hands of the public:

- American Alternative Insurance Corporation, Wilmington, Delaware
- Insurance Company of North America, Philadelphia, Pennsylvania
- Liberty Insurance Underwriters, Inc., New York, New York
- National Casualty Company, Madison, Wisconsin
- National Union Fire Ins. Company of Pittsburgh, Pa., Pittsburgh, Pennsylvania
- Navigators Insurance Company, New York, New York
- New York Marine and General Insurance Company, New York, New York
- North American Specialty Insurance Company, Manchester, New Hampshire
- RLI Insurance Company, Peoria, Illinois
- St. Paul Fire and Marine Insurance Company, St. Paul, Minnesota
- The Continental Insurance Company, Concord, New Hampshire

- The Northern Assurance Company of America, Boston, Massachusetts

- Zurich American Insurance Company, Schaumburg, Illinois

These representations are made in order that the judges of the court may determine the need for recusal.

Respectfully submitted,

_____
Judith F. Bonilla (DC Bar No. 473190)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
(202) 955-3000 Phone
(202) 955-5564 Fax
judith.bonilla@hklaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Local Rule 7.1 Disclosure Statement will be served on the defendant with a copy of the Complaint.

_____
Judith F. Bonilla

# 5560150_v1